AO 451 (Rev. 12/12)  Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| | | |
|---|---|---|
| OCEAN THERMAL ENERGY CORP. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  2:18-cv-2457-SHL-cgc |
| C. ROBERT, III, et al., | ) | |
| *Defendant* | ) | |

### CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*    08/08/2018   .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date:    09/20/0201

CLERK OF COURT

s/Anthony Johnson
*Signature of Clerk or Deputy Clerk*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| OCEAN THERMAL ENERGY CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:18-cv-02457-SHL-cgc |
| ) | |
| C. ROBERT COE, III, et al., ) | |
| ) | |
| Defendants. ) | |

## AGREED JUDGMENT

It appearing to the Court that the parties have agreed that Plaintiff Ocean Thermal Energy Corporation may take an Agreed Judgment against Defendants C. Robert Coe, III; Brett M. Regal; David R. Large; Trade Base Sales, Inc.; and Migration Partners, LLC (collectively, the "Represented Defendants") in the amount of Eight Million and No/100 Dollars ($8,000,000.00), liability for which amount shall be joint and several among these named Defendants,

Judgment is hereby rendered in the amount of Eight Million and No/100 Dollars ($8,000,000.00) in favor of Plaintiff Ocean Thermal Energy Corporation against Defendants C. Robert Coe, III; Brett M. Regal; David R. Large; Trade Base Sales, Inc.; and Migration Partners, LLC. Liability for this Judgment shall be joint and several among the Represented Defendants. This Judgment shall be immediately collectable and is not subject to the automatic stay contemplated by Rule 62 of the Federal Rules of Civil Procedure. The Represented Defendants will make themselves available for post-judgment examination within ten (10) days of the entry of this Judgment.

CERTIFIED TRUE COPY
THOMAS M. GOULD, CLERK

DEPUTY CLERK

**IT IS SO ORDERED**, this 8th day of August, 2018.

s/ Sheryl H. Lipman<br>
SHERYL H. LIPMAN<br>
UNITED STATES DISTRICT JUDGE

PREPARED FOR ENTRY:

BURCH PORTER & JOHNSON, PLLC

/s/Taylor A. Cates
Taylor A. Cates (BPR #20006)
Lani D. Lester (BPR #35226)
130 North Court Avenue
Memphis, Tennessee 38103
T:  (901) 524-5000
F:  (901) 524-5024
tacates@bpjlaw.com
llester@bpjlaw.com

Daniel D. Barks (VA BPR #42573)
THE LAW OFFICES OF DANIEL D. BARKS
5555 Glenridge Connector, Suite 550
Atlanta, GA 30342
T: (404)751-0632
ddb@barks-law.com
Admitted Pro Hac Vice

*Counsel for Plaintiff Ocean Thermal Energy Corp.*

WITHOUT OBJECTION:

BUTLER SNOW LLP

/s/Robert L. Crawford
Robert L. Crawford (BPR# 007216)
Gadson W. Perry (BPR# 30539)
6075 Poplar Avenue, Suite 500
Memphis, Tennessee 38119
T: (901) 680-7200
F: (901) 680-7201
larry.crawford@butlersnow.com
will.perry@butlersnow.com

*Counsel for Defendants C. Robert Coe, III, Brett M. Regal, David R. Large, Migration Partners, LLC, and Trade Base Sales, Inc.*